# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA CHARLESTON DIVISION

| | |
|---|---|
| MISSION COAL WIND DOWN CO., LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  2:20-cv-00302 |
| ) | |
| NATIONAL UNION FIRE INSURANCE ) | |
| COMPANY OF PITTSBURGH, PA, and ) | |
| AMERICAN GUARANTEE AND ) | |
| LIABILITY INSURANCE COMPANY, ) | |
| Defendants. ) | |
| ) | |

## STIPULATED MOTION TO DISMISS ACTION

IT IS HEREBY STIPULATED by the parties to the above action, through their respective attorneys, that this action be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled and compromised.


/s/ *Barbara J. Keefer*
Brent K. Kesner, Esq. (WVSB #2022)
Barbara J. Keefer, Esq. (WVSB #1979)
**KESNER & KESNER, PLLC**
Post Office Box 2587
Charleston, WV 25329
Telephone: 304-345-5200
Email: bkesner@kesnerlaw.com

and

/s/ *Janine Stanisz*
Alexander D. Hardiman
Janine Stanisz
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
31 West 52nd Street
New York, NY  10019-6131
Telephone:  212-858-1064
Email:  alexander.hardiman@pillsburylaw.com
Email:  janine.stanisz@pillsburylaw.com
*Counsel for Plaintiff, Mission Coal Wind Down Co., LLC*

33141/1548

/s/ *Robert D'Anniballe, Jr.*
Robert J. D'Anniballe, Jr., Esq. (WVSB #920)
**PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP**
333 Penco Road
Weirton, WV 26062
Telephone : 740-282-3411
Email: RJD@Pietragallo.com
*Counsel for Defendant, National Union Fire Insurance Company of Pittsburgh, PA*

/s/ *Edgar Allen Poe, Jr.*
Edgar Allen Poe, Jr.,(WVSB # 2924)
**PULLIN, FOWLER, FLANAGAN,
BROWN & POE, PLLC**
JamesMark Building
901 Quarrier Street
Charleston, WV 25301
Telephone: (304) 344-0100
Email:  epoe@pffwv.com

and

/s/ *Louis A. Bove*
Louis A. Bove
**BODELL BOVE, LLC**
1845 Walnut Street
Philadelphia, PA  19103
Telephone:   215-864-6602
Email:   LBove@bodellbove.com
*Counsel for Defendant American Guarantee and Liability Insurance Company*